■ TOWN BOARD OF THE TOWN OF STOCKPORT, Respondent, v
JOHN ZURAT et al., Appellants.—Appeal from a judgment of
the Supreme Court in favor of plaintiff, entered October 21,
1986 in Columbia County, upon a decision of the court (Cobb,
J.), without a jury.

Judgment affirmed, with costs, upon the opinion of Justice
George L. Cobb. Mahoney, P. J., Kane, Casey, Weiss and
Levine, JJ., concur.